**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:16-CV-14532-ROSENBERG/LYNCH**

PATRICIA KENNEDY,

    Plaintiff,

v.

HUTCHINSON SHOPPES, LLC, et al.,

    Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO**
**SUNRISE SURF CO. INC., GAETANO'S BEAUTY SALON, LLC, AND**
**<u>HUTCHINSON SHOPPES, LLC ONLY</u>**

    The Court, having received a Joint Stipulation of Dismissal with Prejudice as to Sunrise Surf Co. Inc., Gaetano's Beauty Salon, LLC, and Hutchinson Shoppes, LLC only, signed by counsel for Plaintiff, Patricia Kennedy, and Defendants, Sunrise Surf Co. Inc. (incorrectly identified in the Complaint as Sunrise Surf Shop Co. Inc.) ("Sunrise") Gaetano's Beauty Salon, LLC ("Gaetano's"), and Hutchinson Shoppes, LLC ("Hutchinson Shoppes") (Plaintiff, Sunrise, Gaetano's, and Hutchinson Shoppes are collectively referred to herein as "the Parties"), and having been advised of the resolution between the Parties, it is:

    **ORDERED AND ADJUDGED** as follows:

1. The above-styled cause of Plaintiff is hereby **DISMISSED WITH PREJUDICE** as to Defendants Sunrise, Gaetano's, and Hutchinson Shoppes only with the Parties to bear their own attorneys' fees and costs incurred in this case.

2. The resolution reached between Plaintiff and Defendants Sunrise, Gaetano's, and Hutchinson Shoppes is in full and final consideration of any and all outstanding claims and damages, which Plaintiff may have incurred in the case at hand.

3. Defendants Sunrise, Gaetano's, and Hutchinson Shoppes are hereby discharged from any further responsibility with respect to any such claims and attorneys' fees and costs in connection therewith or which may be claimed herein.

4. In light of the foregoing, any and all pending motions in this matter as to Defendants Sunrise, Gaetano's, and Hutchinson Shoppes are **DENIED AS MOOT**.

5. The Court shall retain jurisdiction for one (1) year from the date of entry of this Order to enforce the terms of the agreement reached between the parties.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 5th day of September, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record